**(Official Form 1) (10/05)**

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cooper & Son's, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Cooper & Sons's General Engineering; DBA Cooper Ready Mix** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**88-0166816** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. & Street, City, and State):<br>**7 Miles N. US 93<br>Ely, NV**  ZIP Code **89301** | Street Address of Joint Debtor (No. & Street, City, and State):  ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**White Pine** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**POB 151683<br>Ely, NV**  ZIP Code **89315** | Mailing Address of Joint Debtor (if different from street address):  ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization)<br>(Check one box)

- ☐ Individual (includes Joint Debtors)
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity:

**Nature of Business**<br>(Check all applicable boxes.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☐ Consumer/Non-Business
- ☑ Business

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1000-<br>5,000 | 5001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (10/05)**                                                                                          **FORM B1**, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Cooper & Son's, Inc.** |

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| --- | --- | --- |
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td>

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐  Exhibit A is attached and made a part of this petition.

</td>
<td>

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.
I further certify that I delivered to the debtor the notice required by §342(b) of the Bankruptcy Code.

**X** _____
    Signature of Attorney for Debtor(s)        Date

</td>
</tr>
<tr>
<td>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No

</td>
<td>

**Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**

☐  I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.

☐  I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)

</td>
</tr>
</table>

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
| --- |
| **Venue** (Check any applicable box)<br><br>■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>*Check all applicable boxes.* |
| --- |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition with the court of any rent that would become due during the 30-day period after the filing of the petition. |

(Official Form 1) (10/05)                                                                                          **FORM B1**, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Cooper & Son's, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by §342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney

X **/s/ CHRISTOPHER P. BURKE, ESQ.**
Signature of Attorney for Debtor(s)

**CHRISTOPHER P. BURKE, ESQ.**
Printed Name of Attorney for Debtor(s)

**Christopher P. Burke, Esq.**
Firm Name

**702 Plumas Street**
**Reno, NV 89509**

Address

**(775)333-9277**
Telephone Number

**January 31, 2006**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Danny Ray Cooper Sr.**
Signature of Authorized Individual

**Danny Ray Cooper Sr.**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 31, 2006**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by §1515 of title 11 are attached.

☐ Pursuant to §1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6-Summary
(10/05)

# United States Bankruptcy Court

## District of Nevada

In re   **Cooper & Son's, Inc.**

                             Debtor

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 650,000.00 | | |
| B - Personal Property | Yes | 4 | 865,450.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 10,943.70 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 977,551.76 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 1,515,450.00 | | |
| Total Liabilities | | | | 988,495.46 | |

Form B6A
(10/05)

In re **Cooper & Son's, Inc.** ,                           Case No. _____
                                            Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Ely, NV-40 Acres (shop)** | | - | **400,000.00** | **0.00** |
| **Spring Valley, NV-80 Acres (sandpit)** | | - | **250,000.00** | **0.00** |

|  | Sub-Total > | **650,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **650,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

Form B6B
(10/05)

In re   **Cooper & Son's, Inc.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **First National Bank-checking** | - | 400.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            **400.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Cooper & Son's, Inc.**                           ,       Case No. _____

                                       Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | - | 223,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >      **223,000.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

Form B6B
(10/05)

In re **Cooper & Son's, Inc.** ,                                    Case No. _____
Debtor

## SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | miscellaneous office equipment | - | 500.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | 1990 Kobelco K916 LC2 | - | 12,500.00 |
| | | 1968 GMC Drill Rig | - | 7,500.00 |
| | | 1997 Dodge Truck | - | 1,000.00 |
| | | 1997 Dodge Truck | - | 1,000.00 |
| | | 1985 Ford Pickup | - | 500.00 |
| | | 1986 Ford Pickup | - | 500.00 |
| | | 1983 Ford Pickup | - | 250.00 |
| | | 1985 Ford Pickup | - | 250.00 |
| | | 1975 Ford 1 ton pickup | - | 150.00 |
| | | 1974 Mack | - | 1,000.00 |
| | | 1982 Mack | - | 1,000.00 |

Sub-Total >                26,150.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re    **Cooper & Son's, Inc.**                                                    , Case No. _____

                                              Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Kamatsu WA250 Loader** | **-** | **15,000.00** |
| | | **four (4) hand compactors ($100.00 each)** | **-** | **400.00** |
| | | **miscellaneous tools** | **-** | **500.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **pending lawsuits** | **-** | **Unknown** |
| | | **Proceeds from sale of bond** | **-** | **600,000.00** |

Sub-Total >     **615,900.00**
(Total of this page)

Total >     **865,450.00**

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D
(10/05)

In re **Cooper & Son's, Inc.** _____,    Case No. _____
                                      Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

**0** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | |

Form B6E
(10/05)

In re    **Cooper & Son's, Inc.**                                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C § 507 (a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ 1 _____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

Form B6E - Cont.
(10/05)

In re    **Cooper & Son's, Inc.**  _____,    Case No. _____
                                    Debtor

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Internal Revenue Service Attn: Managing Agent Ogden, UT 84201** | - | | 2005 quarterly tax | | | | 10,943.70 | 10,943.70 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 10,943.70 | 10,943.70 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 10,943.70 | 10,943.70 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F
(10/05)

In re    **Cooper & Son's, Inc.**                                                          ,    Case No. _____
                                     Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **0004033** **Al Park Petroleum Inc. Attn: Managing Agent POB 1600 Elko, NV 89803-1600** | | - | | | **2005 Business Debt** | | | | **40,052.00** |
| Account No. **Representing: Al Park Petroleum Inc.** | | | | | **Goicoechea, Di Grazia, Coyle & Stanton Attn: Managing Agent 530 Idaho Street P.O. Box 1358 Elko, NV 89803** | | | | |
| Account No. **1067** **Alabama Metal Industries Corp. (AMICO) Attn: Managing Agent P.O. Box 11407 Birmingham, AL 35246-0356** | | - | | | **2004 Business Debt** | | | | **10,795.52** |
| Account No. **COO0007** **Alta Paint & Coatings Attn: Managing Agent 136 W. 3300 S. Salt Lake City, UT 84115** | | - | | | **2005 Business debt** | | | | **630.40** |

__15__  continuation sheets attached

Subtotal
(Total of this page)    **51,477.92**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re  **Cooper & Son's, Inc.** _____,  Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Alta Paint & Coatings** | | | | | **Motor Cargo**<br>**Attn: Managing Agent**<br>**P.O. Box 2351**<br>**Salt Lake City, UT 84110** | | | | |
| Account No. **3059**<br><br>**American Contractor**<br>**Attn: Managing Agent**<br>**POB 3056A**<br>**San Ramon, CA 94583** | | - | | | **2005**<br>**Business Debt** | | | | 1,491.18 |
| Account No. **0493**<br><br>**Attitude Custom Cycles**<br>**Attn: Managing Agent**<br>**1676 Aultman St.**<br>**Ely, NV 89301** | | - | | | **2005**<br>**Business Debt** | | | | 101.90 |
| Account No. **0372**<br><br>**Avon Risk Services**<br>**Attn: Managing Agent**<br>**POB  A**<br>**Albuquerque, NM 87103** | | - | | | **2002**<br>**Business Debt** | | | | 250.00 |
| Account No. **17164**<br><br>**Bath Lumber Co.**<br>**Attn: Managing Agent**<br>**1800 Ave. G**<br>**Ely, NV 89301** | | - | | | **2005**<br>**Business Debt** | | | | 20,656.17 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     22,499.25

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Cooper & Son's, Inc.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **WC272700012800/WC272700326601** <br><br> **Berkley Regional Insurance Co.** <br> **Attn: Managing Agent** <br> **POB 939** <br> **Pierre, SD 57501-0939** | - | | **2005** <br> **Business Debt** | | | | 13,537.00 |
| Account No. <br><br> Representing: <br> **Berkley Regional Insurance Co.** | | | **Allied Interstate** <br> **Attn: Managing Agent** <br> **12655 N. Central Expressway** <br> **Dallas, TX 75243** | | | | |
| Account No. **all accounts** <br><br> **Big 8 Full Service Tire Center** <br> **Attn: Managing Agent** <br> **P.O. Box 151030** <br> **Ely, NV 89315** | - | | **2003-2005** <br> **Business Debt** | | | | 1,761.05 |
| Account No. **0289** <br><br> **C-B Auto Parts** <br> **Attn: Managing Agent** <br> **908 E. Aultman Ave.** <br> **Ely, NV 89301** | - | | **2004** <br> **Business Debt** | | | | 30.58 |
| Account No. **0220** <br><br> **Canyon Construction Co.** <br> **Attn: Managing Agent** <br> **POB 2347** <br> **Elko, NV 89803** | - | | **2005** <br> **Business Debt** | | | | 6,205.00 |

| | | |
|---|---|---|
| Sheet no. **2** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 21,533.63 |

Form B6F - Cont.
(10/05)

In re    **Cooper & Son's, Inc.**                                              ,    Case No. _____
                                              Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Canyon Construction Co.** | | | | | **Goicoechea, Di Grazia,**<br>**Coyle, & Stanton, LTD.**<br>**Attn: Managing Agent**<br>**530 Idaho Street**<br>**Elko, NV 89801** | | | | |
| Account No. **0125/56751**<br><br>**Cashman Equipment**<br>**Attn: Managing Agent**<br>**Los Angeles, CA 90074-6751** | | - | | | **2005**<br>**Business Debt** | | | | 47,215.02 |
| Account No.<br><br>**Representing:**<br>**Cashman Equipment** | | | | | **Hale, Lane, Peek,**<br>**Dennison, & Howard**<br>**Attn: Managing Agent**<br>**5441 Kietzke Ln. 2nd Flr.**<br>**Reno, NV 89511** | | | | |
| Account No. **0000368739**<br><br>**Cellular One**<br>**Attn: Managing Agent**<br>**POB 79128**<br>**Phoenix, AZ 85062-9128** | | - | | | **2005**<br>**Business Debt** | | | | 236.66 |
| Account No. **01390**<br><br>**Chris's Service, Inc.**<br>**Attn: Managing Agent**<br>**17th & Ave. F**<br>**Ely, NV 89301** | | - | | | **2005**<br>**Business Debt** | | | | 10,809.30 |

Sheet no. __3__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,260.98

Form B6F - Cont.
(10/05)

In re  **Cooper & Son's, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **0090**<br><br>**City of Ely**<br>**Attn: Managing Agent**<br>**501 Mill St.**<br>**Ely, NV 89301** | - | | | | **2005**<br>**Business Debt** | | | | **867.50** |
| Account No. **0371**<br><br>**CLX Trucking**<br>**Attn: Managing Agent**<br>**1040 Mill Street**<br>**POB 535**<br>**Ely, NV 89301** | - | | | | **2005**<br>**Business Debt** | | | | **680.00** |
| Account No. **NO80760012936**<br><br>**Concentra Medical Centers**<br>**Attn: Managing Agent**<br>**POB 5950**<br>**Sparks, NV 89432-5950** | - | | | | **2005**<br>**Business Debt** | | | | **45.00** |
| Account No.<br><br>**Representing:**<br>**Concentra Medical Centers** | | | | | **Collection Service of Nevada**<br>**Attn: Managing Agent**<br>**777 Forest Street**<br>**Reno, NV 89509-1711** | | | | |
| Account No. **0436**<br><br>**Construction Seminars**<br>**Attn: Managing Agent**<br>**4411 McLeond NE Ste. B**<br>**Albuquerque, NM 87109** | - | | | | **2003**<br>**Business Debt** | | | | **106.06** |

Sheet no. __4__ of __15__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)            **1,698.56**

Form B6F - Cont.
(10/05)

In re  **Cooper & Son's, Inc.**                                           ,    Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No. **D11329364**<br><br>**CST Co./ CST Bldg.**<br>**Attn: Managing Agent**<br>**P.O. Box 33127**<br>**Louisville, KY 40232-3127** | | - | | | **2005**<br>**Business debt** | | | | **700.40** |
| Account No. **0517**<br><br>**D&S Repair**<br>**Attn: Managing Agent**<br>**P.O. Box 151071**<br>**Ely, NV 89315** | | - | | | **Business Debt** | | | | **742.71** |
| Account No. **035788**<br><br>**DC Communications**<br>**Attn: Managing Agent**<br>**270 S. Main Street**<br>**Flemington, NJ 08822** | | - | | | **2005**<br>**Business Debt** | | | | **40.40** |
| Account No. **0522**<br><br>**Direct Grading & Paving**<br>**Attn: Managing Agent**<br>**4107 W. Cheyenne**<br>**North Las Vegas, NV 89032** | | - | | | **Business Debt** | | | | **5,000.00** |
| Account No. **0290**<br><br>**Duckwater Shoshone Tribe**<br>**Attn: Managing Agent**<br>**POB 140068**<br>**Duckwater, NV 89314** | | - | | | **2005**<br>**Business Debt** | | | | **2,229.00** |

Sheet no. _**5**_ of _**15**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **8,712.51**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re **Cooper & Son's, Inc.** _____ ,    Case No. _____
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **2440**<br><br>**Eldridge Auto Parts**<br>**Attn: Managing Agent**<br>**1050 Aultman**<br>**Ely, NV 89301** | | - | | | **2005**<br>**Business Debt** | | | | 222.30 |
| Account No. **0020**<br><br>**Ely Disposal**<br>**Attn: Managing Agent**<br>**348 Ely Avenue**<br>**Ely, NV 89301** | | - | | | **2005**<br>**Business Debt** | | | | 65.39 |
| Account No. **NWC048066-09**<br><br>**Employers Insurance Co. of Nevada**<br>**c/o: Bethune & Associates**<br>**Attn: Managing Agent**<br>**14435 N. 7th St., #201**<br>**Phoenix, AZ 85022** | | - | | | **2004-2005**<br>**Business debt** | | | | 13,170.00 |
| Account No. **0137**<br><br>**Eureka County**<br>**Attn: Managing Agent**<br>**POB 677**<br>**Eureka, NV 89316** | | - | | | **2005**<br>**Business Debt** | | | | 1,135.41 |
| Account No. **all accounts**<br><br>**First National Bank of Ely**<br>**Attn: Managing Agent**<br>**595 Aultman Street**<br>**P.O. Box 479**<br>**Ely, NV 89301** | | - | | | **2003-2005**<br>**Business Debt** | | | | 7,125.00 |

Sheet no. __6__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

21,718.10

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Cooper & Son's, Inc.**                                                                    ,    Case No. _____
                                                           Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **20120** <br><br> **First National Bank of Ely** <br> **Attn: Managing Agent** <br> **595 Aultman Street** <br> **P.O. Box 479** <br> **Ely, NV 89301** | - | | | **2001** <br> **Business debt** | | | | **494,546.00** |
| Account No. **0023** <br><br> **Gale Oil & Tire** <br> **Attn: Managing Agent** <br> **1820 E. Aultman St.** <br> **Ely, NV 89301** | - | | | **2005** <br> **Business Debt** | | | | **196.82** |
| Account No. **0024** <br><br> **Gary's Machine Shop** <br> **Attn: Managing Agent** <br> **POB 150058** <br> **Ely, NV 89315** | - | | | **2005** <br> **Business Debt** | | | | **15.00** |
| Account No. **XSIZ93** <br><br> **Government Data Publications** <br> **Attn: Managing Agent** <br> **1661 McDonald Ave.** <br> **Brooklyn, NY 11230** | - | | | **2003** <br> **Business Debt** | | | | **312.00** |
| Account No. **0026** <br><br> **Insurance Managment Services** <br> **Attn: Managing Agent** <br> **705 Aultman St., Ste. 1** <br> **Ely, NV 89301** | - | | | **2005** <br> **Business Debt** | | | | **28,291.52** |

Sheet no. __7___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **523,361.34**

Form B6F - Cont.
(10/05)

In re **Cooper & Son's, Inc.**                                    Case No. _____
                                            ,
                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **0111** <br><br> **J&M Trucking** <br> **Attn: Managing Agent** <br> **POB 150351** <br> **Ely, NV 89315** | | - | | | **2005** <br> **Business Debt** | | | | **880.35** |
| Account No. <br><br> **Jack Cooper** <br> **Attn: Managing Agent** <br> **1375 Avenue L** <br> **Ely, NV 89301** | | - | | | **2003-2004** <br> **Business loan** | | | | **38,000.00** |
| Account No. **0274** <br><br> **JDL Construction** <br> **Attn: Managing Agent** <br> **POB 1240** <br> **Mc Gill, NV 89318** | | - | | | **2004** <br> **Business Debt** | | | | **1,135.00** |
| Account No. **0168** <br><br> **Jensen Precast** <br> **Attn: Managing Agent** <br> **625 Bergin Way** <br> **Sparks, NV 89431-5883** | | - | | | **2005** <br> **Business Debt** | | | | **2,231.16** |
| Account No. <br><br> **Ken Cooper c/o Shane Cooper** <br> **Attn: Managing Agent** <br> **P.O. Box 151195** <br> **Ely, NV 89315** | | - | | | **precautionary listing** | | | | **Unknown** |

Sheet no. __**8**___ of __**15**___ sheets attached to Schedule of          Subtotal | **42,246.51**
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Form B6F - Cont.
(10/05)

In re  **Cooper & Son's, Inc.**                                          ,     Case No. _____
                                        Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **COOSON**<br><br>Kimball Equipment Co.<br>Attn: Managing Agent<br>POB 1137<br>Salt Lake City, UT 84110-1137 | - | | **2003**<br>**Business Debt** | | | | 194.19 |
| Account No. **0249**<br><br>Komatsu Equipment Co.<br>Attn: Managing Agent<br>POB 27248<br>Salt Lake City, UT 84127 | - | | **2005**<br>**Business Debt** | | | | 33,312.84 |
| Account No.<br><br>Representing:<br>Komatsu Equipment Co. | | | Babcock, Scott, & Babcock<br>attn: managing agent<br>205 E. 300 South #300<br>Salt Lake City, UT 84106 | | | | |
| Account No. **0292**<br><br>LNett Internet Ser.<br>Attn: Managing Agent<br>POB 3970<br>West Wendover, NV 89883 | - | | **2005**<br>**Business Debt** | | | | 80.00 |
| Account No. **0497**<br><br>Mark Daly<br>Attn: Managing Agent<br>POB 71<br>Eureka, NV 89317 | - | | **2004**<br>**Business Debt** | | | | 1,340.00 |

Sheet no. __9__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          34,927.03

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Cooper & Son's, Inc.**                                    Case No. _____
                                                    ,
                            Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **D11329364** <br><br> **McGraw-Hill Construction** <br> **Attn: Managing Agent** <br> **7625 Collection Center Dr.** <br> **Chicago, IL 60693-0076** | - | | | | **2004** <br> **Business Debt** | | | | **2,448.00** |
| Account No. <br><br> **Representing:** <br> **McGraw-Hill Construction** | | | | | **CST BLDG. CO.** <br> **Attn: Managing Agent** <br> **P.O. Box 33127** <br> **Louisville, KY 40232-3127** | | | | |
| Account No. **0007304** <br><br> **McMullen McPhee** <br> **Attn: Managing Agent** <br> **1380 E. Aultman** <br> **Ely, NV 89301** | - | | | | **2005** <br> **Business Debt** | | | | **9,295.10** |
| Account No. **COOSON** <br><br> **Meyer Crest** <br> **Attn: Managing Agent** <br> **1061 Eastshore Hwy. #200** <br> **Berkeley, CA 94710-1011** | - | | | | **2005** <br> **Business Debt** | | | | **8,959.54** |
| Account No. **0401** <br><br> **Michael A. Clark Trucking Inc.** <br> **Attn: Managing Agent** <br> **POB 27043** <br> **Salt Lake City, UT 84127-0043** | - | | | | **2005** <br> **Business Debt** | | | | **359.10** |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **21,061.74**

Form B6F - Cont.
(10/05)

In re   **Cooper & Son's, Inc.** _____, Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0456**<br><br>**Mine Safety & Health Admin**<br>**Attn: Managing Agent**<br>**POB 360250M**<br>**Pittsburgh, PA 15251-6250** | | - | | | **2003**<br>**Business Debt** | | | | **6,068.00** |
| Account No. **0484**<br><br>**Mountain High Surveying**<br>**Attn: Managing Agent**<br>**1500 Murphy St.**<br>**Ely, NV 89301** | | - | | | **Business Debt** | | | | **3,576.25** |
| Account No. **0031**<br><br>**Mt. Wheeler Power**<br>**Attn: Managing Agent**<br>**POB 1110**<br>**Ely, NV 89301** | | - | | | **2005**<br>**Business Debt** | | | | **303.73** |
| Account No. **1555**<br><br>**Nevada Cement**<br>**Attn: Managing Agent**<br>**POB 676493**<br>**Dallas, TX 75267-6493** | | - | | | **2005**<br>**Business Debt** | | | | **4,174.58** |
| Account No. **0061**<br><br>**Nevada Dept. of Motor Vehicles**<br>**Attn: Managing Agent**<br>**555 Wright Way**<br>**Carson City, NV 89711** | | - | | | **2005**<br>**Business Debt** | | | | **2,100.50** |

Sheet no. __11__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **16,223.06**

Form B6F - Cont.
(10/05)

In re  **Cooper & Son's, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **CS** <br><br> **Owl Club and Steak House** <br> **Attn: Managing Agent** <br> **POB 159** <br> **Eureka, NV 89316** | | - | | | **2005** <br> **Business Debt** | | | | **1,355.69** |
| Account No. **5588-4550-0001-3214** <br><br> **Platinum Plus** <br> **Attn: Managing Agent** <br> **POB 15469** <br> **Wilmington, DE 19886-5469** | | - | | | **2005** <br> **Business Debt** | | | | **5,019.93** |
| Account No. **all accounts** <br><br> **Rasmussen Corporation** <br> **Attn: Managing Agent** <br> **3333 West 2100 South** <br> **Salt Lake City, UT 84119-1197** | | - | | | **2004-2005** <br> **Business debt** | | | | **257.51** |
| Account No. **all accounts** <br><br> **SBC Payment Center** <br> **Attn: Managing Agent** <br> **P.O. Box 989045** <br> **West Sacramento, CA 95798-9045** | | - | | | **2003-2005** <br> **Business debt** | | | | **95.48** |
| Account No. <br><br> **Shane Cooper** <br> **Attn: Managing Agent** <br> **P.O. Box 151195** <br> **Ely, NV 89315** | | - | | | **precautionary listing** | | | | **Unknown** |

Sheet no. __**12**__ of __**15**__ sheets attached to Schedule of        Subtotal        | **6,728.61** |
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Form B6F - Cont.
(10/05)

In re  **Cooper & Son's, Inc.** _____,  Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0485**<br><br>**Sierra West Publishing**<br>**Attn: Managing Agent**<br>**170 North 200 West**<br>**Saint George, UT 84770** | | - | **2005**<br>**Business Debt** | | | | **2,688.42** |
| Account No.<br><br>**Representing:**<br>**Sierra West Publishing** | | | **Sierra West Publishing**<br>**Attn: Managing Agent**<br>**205 E. Warm Springs Rd. #108**<br>**Las Vegas, NV 89119** | | | | |
| Account No. **0492**<br><br>**Silver Sage**<br>**Attn: Managing Agent**<br>**963 Pioche Hwy.**<br>**Ely, NV 89301** | | - | **2004**<br>**Business Debt** | | | | **24,152.05** |
| Account No. **0494**<br><br>**Specialty Equipment Services**<br>**Attn: Managing Agent**<br>**POB 33988**<br>**Reno, NV 89533** | | - | **2004**<br>**Business Debt** | | | | **35,582.10** |
| Account No. **0059**<br><br>**State of Nevada**<br>**Attn: Managing Agent**<br>**555 Wright Way**<br>**Carson City, NV 89711-0600** | | - | **2003**<br>**Business Debt** | | | | **500.00** |

Sheet no. __**13**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **62,922.57**

Form B6F - Cont.
(10/05)

In re  **Cooper & Son's, Inc.** _____,    Case No. _____

 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **74270.00**<br><br>**State of Nevada**<br>**Employment Security Division**<br>**attn: managing agent**<br>**500 East Third Street**<br>**Carson City, NV 89713** | - | | | | **2005**<br>**Business debt** | | | | **14,120.88** |
| Account No. **0278**<br><br>**State of Nevada - Dept. of**<br>**Agriculture Attn: Managing Agent**<br>**P.O. Box 98619**<br>**Las Vegas, NV 89193-8619** | - | | | | **2005**<br>**Business debt** | | | | **500.00** |
| Account No. **0431**<br><br>**Summit Engineering Corp.**<br>**Attn: Managing Agent**<br>**1150 Lamiole Hwy.**<br>**Elko, NV 89801** | - | | | | **2005**<br>**Business Debt** | | | | **1,440.00** |
| Account No. **0162**<br><br>**Sundown Lodge**<br>**Attn: Managing Agent**<br>**POB 324**<br>**Eureka, NV 89316** | - | | | | **2005**<br>**Business Debt** | | | | **3,105.70** |
| Account No.<br><br>**Representing:**<br>**Sundown Lodge** | | | | | **Peter Andrew & Company**<br>**Attn: Managing Agent**<br>**18565 Soledad Canyon Rd.#222**<br>**Canyon Country, CA 91351** | | | | |

Sheet no. __**14**__ of __**15**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **19,166.58**

Form B6F - Cont.
(10/05)

In re __Cooper & Son's, Inc._____,    Case No. _____
                                Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **433AX4**<br><br>**United Parcel Service**<br>**Attn: Managing Agent**<br>**POB 505820**<br>**The Lakes, NV 88905-8520** | - | | | | **2005**<br>**Business Debt** | | | | **17.79** |
| Account No. **71847-8**<br><br>**Western Nevada Supply c/o:**<br>**Kenneth Freed, Esq. Attn: Managing Agent**<br>**14228 Ventura Boulevard**<br>**P.O. Box 5914**<br>**Sherman Oaks, CA 91413** | - | | | | **2005**<br>**Business debt** | | | | **6,707.24** |
| Account No. **18340**<br><br>**Wheeler Machinery Co.**<br>**Attn: Managing Agent**<br>**POB 701047**<br>**Salt Lake City, UT 84170-1047** | - | | | | **2005**<br>**Business Debt** | | | | **45,321.19** |
| Account No. **0136**<br><br>**White Pine County**<br>**Attn: Managing Agent**<br>**801 Clark St., #2**<br>**Ely, NV 89301** | - | | | | **2005**<br>**Business Debt** | | | | **12,940.95** |
| Account No. **0311**<br><br>**Xtreme Accessories**<br>**Attn: Managing Agent**<br>**1125 Pioche Hwy.**<br>**Ely, NV 89301** | - | | | | **2005**<br>**Business Debt** | | | | **26.20** |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **65,013.37**

Total
(Report on Summary of Schedules)    **977,551.76**

Form B6G
(10/05)

In re  **Cooper & Son's, Inc.**                                          ,      Case No. _____
                                    Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Ducks Unlimited** | **2004 executory contract to build ponds and ditches** |

       **0**    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

Form B6H
(10/05)

In re   **Cooper & Son's, Inc.**                                                    ,        Case No. _____

                                                Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### District of Nevada

In re    **Cooper & Son's, Inc.**

Debtor(s)

Case No. _____

Chapter    **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**27**___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **January 31, 2006** _____

Signature    **/s/ Danny Ray Cooper Sr.** _____

                             **Danny Ray Cooper Sr.**
                             **President**

    *Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7
(10/05)

# United States Bankruptcy Court
## District of Nevada

In re **Cooper & Son's, Inc.**          Case No. _____

                                   Debtor(s)      Chapter     **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,930,769.00** | **Gross receipts 2003** |
| **$1,426,646.30** | **Gross receipts 2004** |
| **$1,800,000.00** | **Gross receipts 2005** |

2

**2. Income other than from employment or operation of business**

None ☐   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$737,250.00** | **Sale of business equipment-2005** |

**3. Payments to creditors**

None ■   *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Cooper & Sons v. State of Nevada Admin., Dept. of Transportation CV-0409126** | **Collection** | **Seventh Judicial District Court County of White Pine** | **Pending** |
| **Cooper & Sons v. Building Solutions, a limited liability company, and James Ramsey CV-0404039** | **Collection** | **Seventh Judicial District Court County of White Pine** | **Pending** |
| **Canyon Construction v. Cooper & Sons, Inc. Case No. CS 12205** | **Collection** | **Justice Court of Ely Township, White Pine County** | **Pending** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Employers Insurance Co. of Nevada v. Cooper & Sons, Inc.**<br>**CV2005-051483** | Collection | **Superior Court of Arizona County of Maricopa** | **Pending** |
| **Al Park Petroleum v. Cooper & Sons, Inc.**<br>**CV-C-05-554** | Collection | **Fourth Judicial District Court of Nevada Co. of Elko** | **Pending** |
| **Cashman Equipment v. Cooper & Sons, Inc.**<br>**A508092** | Collection | **District Court of Clark Co. Nevada** | **Pending** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5.   Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6.  Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7.   Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

### 8.  Losses

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Christopher P. Burke**<br>**702 Plumas St.**<br>**Reno, NV 89509** | **11-2-2005** | **$4,274.00 including filing fee** |

### 10.  Other transfers

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Ritchard Brothers Auctioneers** | **9-16-2005** | **Sold equipment at auction.**<br>**$737,250.00** |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| **American Contractor Attn: Managing Agent POB 3056A San Ramon, CA 94583** | **September 2005** | **unknown** |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None
■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Cooper & Sons, Inc.** | **88-0166816** | **Ely, NV 89301** | **Construction** | **1980-present** |

None
■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

7

**19. Books, records and financial statements**

None
☐
a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Danny Cooper, President** | **Debtor has all books and records.** |
| **10400 Silver Spurs** | |
| **Reno, NV 89509** | |
| **McMullen McPhee** | **Accounting services** |
| **1380 E. Aultman Street** | |
| **Ely, NV 89301** | |
| **Gracyne Backus** | **Bookkeeping services** |
| **P.O. Box 151683** | |
| **Ely, NV 89315** | |

None
■
b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■
c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■
d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None
■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None
■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None
■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Danny Ray Cooper Sr.** | **President** | **Owns 100% of business** |
| **10400 Silver Spur** | | |
| **Reno, NV 89509** | | |

8

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Shane Cooper**<br>**P.O. Box 151195**<br>**Ely, NV 89315** | **Treasurer 10/2005** | **0% ownership** |
| **Danny Ray Cooper Jr.**<br>**3200 Wilma Drive**<br>**Sparks, NV 89431** | **Secretary  10/2005** | **0% ownership** |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                 ADDRESS                 DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS          TITLE             DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **January 31, 2006**                Signature   **/s/ Danny Ray Cooper Sr.**
                                                     **Danny Ray Cooper Sr.**
                                                     **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re  **Cooper & Son's, Inc.**                                                                    Case No. _____

                                                                    Debtor(s)          Chapter    **7**    _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................    $ _____**4,274.00**

   Prior to the filing of this statement I have received...................................................    $ _____**4,274.00**

   Balance Due.....................................................................................................    $ _____**0.00**

2.  The source of the compensation paid to me was:

   ■ Debtor        □ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor        □ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   □ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **January 31, 2006**                              **/s/ CHRISTOPHER P. BURKE, ESQ.**
                                                          **CHRISTOPHER P. BURKE, ESQ.**
                                                          **Christopher P. Burke, Esq.**
                                                          **702 Plumas Street**
                                                          **Reno, NV 89509**
                                                          **(775)333-9277**

---

# United States Bankruptcy Court
## District of Nevada

In re    **Cooper & Son's, Inc.**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 31, 2006**

**/s/ Danny Ray Cooper Sr.**

**Danny Ray Cooper Sr./President**
Signer/Title

Cooper & Son's, Inc.
POB 151683
Ely, NV 89315

Bath Lumber Co.
Attn: Managing Agent
1800 Ave. G
Ely, NV 89301

CLX Trucking
Attn: Managing Agent
1040 Mill Street
POB 535
Ely, NV 89301

CHRISTOPHER P. BURKE, ESQ.
Christopher P. Burke, Esq.
702 Plumas Street
Reno, NV 89509

Berkley Regional Insurance Co.
Attn: Managing Agent
POB 939
Pierre, SD 57501-0939

Collection Service of Nevada
Attn: Managing Agent
777 Forest Street
Reno, NV 89509-1711

Al Park Petroleum Inc.
Attn: Managing Agent
POB 1600
Elko, NV 89803-1600

Big 8 Full Service Tire Center
Attn: Managing Agent
P.O. Box 151030
Ely, NV 89315

Concentra Medical Centers
Attn: Managing Agent
POB 5950
Sparks, NV 89432-5950

Alabama Metal Industries Corp. (AMICO)
Attn: Managing Agent
P.O. Box 11407
Birmingham, AL 35246-0356

C-B Auto Parts
Attn: Managing Agent
908 E. Aultman Ave.
Ely, NV 89301

Construction Seminars
Attn: Managing Agent
4411 McLeond NE Ste. B
Albuquerque, NM 87109

Allied Interstate
Attn: Managing Agent
12655 N. Central Expressway
Dallas, TX 75243

Canyon Construction Co.
Attn: Managing Agent
POB 2347
Elko, NV 89803

CST BLDG. CO.
Attn: Managing Agent
P.O. Box 33127
Louisville, KY 40232-3127

Alta Paint & Coatings
Attn: Managing Agent
136 W. 3300 S.
Salt Lake City, UT 84115

Cashman Equipment
Attn: Managing Agent
Los Angeles, CA 90074-6751

CST Co./ CST Bldg.
Attn: Managing Agent
P.O. Box 33127
Louisville, KY 40232-3127

American Contractor
Attn: Managing Agent
POB 3056A
San Ramon, CA 94583

Cellular One
Attn: Managing Agent
POB 79128
Phoenix, AZ 85062-9128

D&S Repair
Attn: Managing Agent
P.O. Box 151071
Ely, NV 89315

Attitude Custom Cycles
Attn: Managing Agent
1676 Aultman St.
Ely, NV 89301

Chris's Service, Inc.
Attn: Managing Agent
17th & Ave. F
Ely, NV 89301

DC Communications
Attn: Managing Agent
270 S. Main Street
Flemington, NJ 08822

Avon Risk Services
Attn: Managing Agent
POB  A
Albuquerque, NM 87103

Christopher P. Burke
702 Plumas St.
Reno, NV 89509

Direct Grading & Paving
Attn: Managing Agent
4107 W. Cheyenne
North Las Vegas, NV 89032

Babcock, Scott, & Babcock
attn: managing agent
205 E. 300 South #300
Salt Lake City, UT 84106

City of Ely
Attn: Managing Agent
501 Mill St.
Ely, NV 89301

Duckwater Shoshone Tribe
Attn: Managing Agent
POB 140068
Duckwater, NV 89314

Eldridge Auto Parts
Attn: Managing Agent
1050 Aultman
Ely, NV 89301

Ely Disposal
Attn: Managing Agent
348 Ely Avenue
Ely, NV 89301

Employers Insurance Co. of Nevada
c/o: Bethune & Associates
Attn: Managing Agent
14435 N. 7th St., #201
Phoenix, AZ 85022

Eureka County
Attn: Managing Agent
POB 677
Eureka, NV 89316

First National Bank of Ely
Attn: Managing Agent
595 Aultman Street
P.O. Box 479
Ely, NV 89301

Gale Oil & Tire
Attn: Managing Agent
1820 E. Aultman St.
Ely, NV 89301

Gary's Machine Shop
Attn: Managing Agent
POB 150058
Ely, NV 89315

Goicoechea, Di Grazia,
Coyle, & Stanton, LTD.
Attn: Managing Agent
530 Idaho Street
Elko, NV 89801

Goicoechea, Di Grazia, Coyle & Stanton
Attn: Managing Agent
530 Idaho Street
P.O. Box 1358
Elko, NV 89803

Government Data Publications
Attn: Managing Agent
1661 McDonald Ave.
Brooklyn, NY 11230

Hale, Lane, Peek,
Dennison, & Howard
Attn: Managing Agent
5441 Kietzke Ln. 2nd Flr.
Reno, NV 89511

Insurance Managment Services
Attn: Managing Agent
705 Aultman St., Ste. 1
Ely, NV 89301

Internal Revenue Service
Attn: Managing Agent
Ogden, UT 84201

Internal Revenue Service
110 City Parkway
Stop 5028LVG
Las Vegas, NV 89106

J&M Trucking
Attn: Managing Agent
POB 150351
Ely, NV 89315

Jack Cooper
Attn: Managing Agent
1375 Avenue L
Ely, NV 89301

JDL Construction
Attn: Managing Agent
POB 1240
Mc Gill, NV 89318

Jensen Precast
Attn: Managing Agent
625 Bergin Way
Sparks, NV 89431-5883

Ken Cooper c/o Shane Cooper
Attn: Managing Agent
P.O. Box 151195
Ely, NV 89315

Kimball Equipment Co.
Attn: Managing Agent
POB 1137
Salt Lake City, UT 84110-1137

Komatsu Equipment Co.
Attn: Managing Agent
POB 27248
Salt Lake City, UT 84127

LNett Internet Ser.
Attn: Managing Agent
POB 3970
West Wendover, NV 89883

Mark Daly
Attn: Managing Agent
POB 71
Eureka, NV 89317

McGraw-Hill Construction
Attn: Managing Agent
7625 Collection Center Dr.
Chicago, IL 60693-0076

McMullen McPhee
Attn: Managing Agent
1380 E. Aultman
Ely, NV 89301

Meyer Crest
Attn: Managing Agent
1061 Eastshore Hwy. #200
Berkeley, CA 94710-1011

Michael A. Clark Trucking Inc.
Attn: Managing Agent
POB 27043
Salt Lake City, UT 84127-0043

Mine Safety & Health Admin
Attn: Managing Agent
POB 360250M
Pittsburgh, PA 15251-6250

Motor Cargo
Attn: Managing Agent
P.O. Box 2351
Salt Lake City, UT 84110

Mountain High Surveying
Attn: Managing Agent
1500 Murphy St.
Ely, NV 89301

Mt. Wheeler Power
Attn: Managing Agent
POB 1110
Ely, NV 89301

Nevada Cement
Attn: Managing Agent
POB 676493
Dallas, TX 75267-6493

Nevada Dept. of Motor Vehicles
Attn: Managing Agent
555 Wright Way
Carson City, NV 89711

Nevada Dept. of Taxation
Bankruptcy Division
555 E. Washington, #1300
Las Vegas, NV 89101

Nevada Labor Commission
675 Fairview Dr.
Ste. 226
Carson City, NV 89701

Owl Club and Steak House
Attn: Managing Agent
POB 159
Eureka, NV 89316

Peter Andrew & Company
Attn: Managing Agent
18565 Soledad Canyon Rd.#222
Canyon Country, CA 91351

Platinum Plus
Attn: Managing Agent
POB 15469
Wilmington, DE 19886-5469

Rasmussen Corporation
Attn: Managing Agent
3333 West 2100 South
Salt Lake City, UT 84119-1197

SBC Payment Center
Attn: Managing Agent
P.O. Box 989045
West Sacramento, CA 95798-9045

Shane Cooper
Attn: Managing Agent
P.O. Box 151195
Ely, NV 89315

Sierra West Publishing
Attn: Managing Agent
170 North 200 West
Saint George, UT 84770

Sierra West Publishing
Attn: Managing Agent
205 E. Warm Springs Rd. #108
Las Vegas, NV 89119

Silver Sage
Attn: Managing Agent
963 Pioche Hwy.
Ely, NV 89301

Specialty Equipment Services
Attn: Managing Agent
POB 33988
Reno, NV 89533

State of Nevada
Attn: Managing Agent
555 Wright Way
Carson City, NV 89711-0600

State of Nevada
Employment Security Division
attn: managing agent
500 East Third Street
Carson City, NV 89713

State of Nevada
Dept. of Employment Etc.
Contributions Section
500 E. 3rd Street
Carson City, NV 89713

State of Nevada - Dept. of
Agriculture Attn: Managing Agent
P.O. Box 98619
Las Vegas, NV 89193-8619

Summit Engineering Corp.
Attn: Managing Agent
1150 Lamiole Hwy.
Elko, NV 89801

Sundown Lodge
Attn: Managing Agent
POB 324
Eureka, NV 89316

U.S. Trustee
300 Booth St., Ste. 2129
Reno, NV 89509

United Parcel Service
Attn: Managing Agent
POB 505820
The Lakes, NV 88905-8520

Western Nevada Supply c/o:
Kenneth Freed, Esq. Attn: Managing
14228 Ventura Boulevard
P.O. Box 5914
Sherman Oaks, CA 91413

Wheeler Machinery Co.
Attn: Managing Agent
POB 701047
Salt Lake City, UT 84170-1047

White Pine County
Attn: Managing Agent
801 Clark St., #2
Ely, NV 89301

Xtreme Accessories
Attn: Managing Agent
1125 Pioche Hwy.
Ely, NV 89301

# United States Bankruptcy Court
## District of Nevada

In re    **Cooper & Son's, Inc.**                                 Case No.

                                      Debtor(s)          Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Cooper & Son's, Inc.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 31, 2006**
Date

**/s/ CHRISTOPHER P. BURKE, ESQ.**
**CHRISTOPHER P. BURKE, ESQ.**
Signature of Attorney or Litigant
Counsel for    **Cooper & Son's, Inc.**
**Christopher P. Burke, Esq.**
**702 Plumas Street**
**Reno, NV 89509**
**(775)333-9277**