MARK WRAY, #4425
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351-Fax
mwray@markwraylaw.com
Attorneys for JACK, SHANE and K.J. COOPER

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re ) | Case No. BK-N-06-50037-GWZ |
| ) | Chapter 7 |
| COOPER & SONS, INC., ) | |
| ) | **REQUEST FOR SPECIAL NOTICE** |
| Debtor. ) | |
| ) | Hearing Date: n/a |
| ) | Hearing Time: n/a |
| ) | |
| _____ ) | |

TO ALL INTERESTED PARTIES:

LAW OFFICES OF MARK WRAY, Attorneys for Jack, Shane and K.J. Cooper, creditors in the above-referenced bankruptcy estate, hereby requests notice of all pleadings, papers, hearings, meetings and other matters in connection with the above-captioned case.

Notices pursuant to this request are to be sent to the following address:

Mark Wray
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
mwray@markwraylaw.com

Neither this request for notice, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion or any other writing or conduct, shall constitute a waiver by of the following rights:

1. Right to have final orders in any non-core matters entered only after de novo review by a United States District Judge;

-1-

1    2.   Right to trial by jury in any proceeding in which this right exists, whether the right be designated legal or private, whether the right is asserted in any related case, controversy or proceeding, notwithstanding the designation *vel non* of the proceeding as "core" under Section 157(b)(2)(h) of the United States Bankruptcy Code, and whether the right is asserted under statute or the United States Constitution.

3.   Right to have the United States District Court withdraw the reference of this matter in any proceeding subject to mandatory or discretional withdrawal; or

4.   Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements, at law or in equity, or under the United States Constitution.

Jack, Shane and K.J. Cooper expressly reserve all of the rights listed above.

Filing this request for notice or participating in this bankruptcy proceeding shall not be deemed to constitute a concession or admission of jurisdiction in this case or before this court.

DATED: March 28, 2006          LAW OFFICES OF MARK WRAY


By_____/S/_____
           MARK WRAY
Attorneys for JACK, SHANE and K.J. COOPER

<u>CERTIFICATE OF SERVICE</u>

1.    On March 28, 2006, I served the following documents:

REQUEST FOR SPECIAL NOTICE

2.    I served the above-named document(s) by the following means to the persons as listed below:

   X      a.    ECF System (attached the "Notice of Electronic Filing" or list all persons and addresses):

Christopher P. Burke
attycubrke@charter.net

Marianne Eardley, Trustee
meardley@frontiernet.net

Timothy A. Lukas
ECFLucast@halelane.com

John F. Murtha
jmurtha@woodburnandwedge.com

Janet L. Chubb
jlc@jonesvargas.com
tbw@jonesvargas.com

   X      b.    United States Mail, postage fully prepaid (list persons and addresses):

James B. Leslie
500 Ryland, Suite 200
Reno, NV 89502

_____    c.    Personal Service (list persons and addresses):

I personally delivered the documents(s) to the persons at these addresses:

> For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

1 | For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

\_\_\_\_X\_\_\_\_  d.    By direct email (as opposed to through the ECF System) (list persons and email addresses):

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

R. Gibson Pagter, Jr.
bkrus@pacbell.net

_____  e.    By fax transmission (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

_____  f.    By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service.)

I declare under penalty that the foregoing is true and correct.

DATED: March 28, 2006

\_\_\_\_MARK WRAY_____      \_\_\_\_\_/S/_____
Name                                                            Signature