Jeffrey L. Hartman, Esq. #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada 89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
E-mail: notices@bankruptcyreno.com

Attorney for Marianne Eardley, Trustee

E-Filed 9/18/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

IN RE:

COOPER & SONS, INC.,

Debtor.

_____/

CASE NO.   BK-N-06-50037-GWZ

CHAPTER   7

**DECLARATION OF JACK COOPER IN SUPPORT OF MOTION FOR ORDER AUTHORIZING THE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES AND PAYMENT OF SALE COMMISSION**

Hearing Date: 10/16/07
Hearing Time: 10:00 a.m.
Time Req'd: 10 minutes
Set By: D. Lindersmith

## DECLARATION OF JACK COOPER

Jack Cooper, under penalty of perjury of the laws of the United States, declares:

1. I am a resident of Ely, Nevada where I have lived all my life. I am 62 years old. I live at 1375 Avenue L, Ely. I have personal knowledge of the matters set forth herein.

2. My father's name was William Cooper, Sr. I have two brothers, Dan Cooper of Reno, Nevada and William Cooper, Jr. of Page, Arizona.

3. My father was a contractor in White Pine County and did business as a sole proprietor from the 1960's onward. My brother, Dan, and I worked for our father. The business was known variously as Cooper & Sons Construction, Cooper & Sons Drilling and William Cooper & Sons.

4. In 1980, my father incorporated the business as Cooper & Sons, Inc. The original shareholders of Cooper & Sons, Inc. were my father and my mother.

5. In about 1983, a farmer in Eureka named Donald Hull inquired about having a well drilled on property he owned there in Eureka. Cooper & Sons, Inc. was in the business of drilling wells and had a state contractors license for drilling wells, License No. 0019112. I recall that Hull proposed to pay the cost of having the well drilled by transferring an adjacent parcel of land. That adjacent parcel of land is known as 573 Selim Way in Eureka consisting of approximately 2.4 acres ("Selim Way"). The well was drilled by my brother Dan and other employees of Cooper & Sons, Inc. Hull then executed a Grant, Bargain And Sale Deed transferring title to Selim Way to "William Cooper & Sons, Inc."

6. The well was drilled utilizing equipment, fuel and labor of Cooper & Sons, Inc.

7. The subject property is vacant. The only improvement that I know of on the property is a well that was drilled in about the same time period as the well for Don Hull.

8. To the best of my knowledge, there has never been a corporation known as "William Cooper & Sons, Inc."

I declare that the foregoing is true and correct and that this declaration was executed on August 26, 2007 at Ely, Nevada.

JACK COOPER